1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| DARLENE DUNN | 1:06-CV-898 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until January 27, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, July 17, 2006, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: December 26, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: December 26, 2006 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8    IT IS SO ORDERED.

9    **Dated:   December 28, 2006**          **/s/ Lawrence J. O'Neill**
     66h44d                                   UNITED STATES MAGISTRATE JUDGE