1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10  Darlene Dunn                    )
                                    )      1:06-CV-898 OWW DLB
11                                  )
               Plaintiff,           )      STIPULATION AND ORDER TO DISMISS
12                                  )
    vs.                             )
13                                  )
    JO ANNE B. BARNHART,            )
14  Commissioner of Social          )
    Security,                       )
15                                  )
               Defendant.           )
16  _____  )

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on July 5, 2006 on behalf of Plaintiff be dismissed.  After thorough review of

20  the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

22         Dated: April 6, 2007              /s/ Gina Fazio

23                                           GINA FAZIO, ESQ.
                                             Attorney for Plaintiff
24
           Dated:
25                                           MCGREGOR SCOTT
                                             United States Attorney
26
                                             By: /s/ Amita Bayman Tracy
27                                           (as authorized via facsimile)
                                             AMITA BAYMAN TRACY
28                                           Assistant U.S. Attorney

1

2  IT IS SO ORDERED.

3  **Dated:**   **April 24, 2007**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28